UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>J. ALARDO, et al.,<br><br>  Defendants. | No. 2:19-cv-2241 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants used excessive force against him in violation of his Eighth Amendment rights. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 3, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2020, are adopted in full; and

2. Defendants D. Easley and the California Department of Corrections and Rehabilitation are dismissed from this action.

Dated: April 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

tayl2241.800